# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGSPRING, LLC, *et al.*,[1] | Case No. 23-10699 (CTG) |
| | (Jointly Administered) |
| Debtors. | |

### NOTICE OF RESCHEDULED OMNIBUS HEARING DATE FROM AUGUST 7, 2023 AT 11:30 A.M. (EASTERN TIME) TO AUGUST 18, 2023 AT 10:00 A.M. (EASTERN TIME)

**PLEASE TAKE NOTICE** that the omnibus hearing scheduled for August 7, 2023 at 11:30 a.m. prevailing Eastern Time has been rescheduled to **August 18, 2023 at 10:00 a.m. prevailing Eastern Time** before the Honorable Craig T. Goldblatt, United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

*[Remainder of Page Intentionally Blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring, LLC (7735); Agspring Idaho 1 LLC (1720); Agspring Idaho LLC (8754); FO-ND LLC, dba Firebrand Artisan Mills (1520); Agspring Logistics LLC, dba Agforce (6067); and Agspring Idaho 2 LLC (9262). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

| | |
|---|---|
| Dated: July 24, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:   ljones@pszjlaw.com<br><br>-and-<br><br>**DENTONS US LLP**<br>Samuel R. Maizel<br>Tania M. Moyron<br>601 S. Figueroa Street, #2500<br>Los Angeles, CA  90017<br>Telephone:  (213) 623-9300<br>Email: samuel.maizel@dentons.com<br>           tania.moyron@dentons.com<br><br>*Proposed Counsel for Debtors and Debtors in Possession* |