**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AGSPRING, LLC, *et al.,*[1] | Case No. 23-10699 (CTG)<br>(Jointly Administered) |
| Debtors. | **Re: Docket No. 14** |

**Objection Deadline: August 11, 2023 at 4:00 p.m. (ET)
Hearing Date: August 18, 2023 at 10:00 a.m. (ET)**

**NOTICE OF DEBTORS' MOTION SEEKING ENTRY OF
AN ORDER (I) AUTHORIZING THE DEBTORS TO REDACT
CERTAIN PERSONALLY IDENTIFIABLE INFORMATION FOR INDIVIDUAL
CREDITORS AND INTEREST HOLDERS AND (II) GRANTING RELATED RELIEF**

   **PLEASE TAKE NOTICE** that on June 12, 2023, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information for Individual Creditors and Interest Holders and (II) Granting Related Relief* (the "Motion") [Docket No. 14] with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  A copy of the Motion is attached hereto as **Exhibit 1**.

   **PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of an order with respect to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **August 11, 2023 at 4:00 p.m. prevailing Eastern Time**.

   **PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) proposed counsel to the Debtors, (a) Dentons US LLP, 601 S. Figueroa Street, #2500, Los Angeles, CA  90017 (Attn: Samuel Maizel

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring, LLC (7735); Agspring Idaho 1 LLC (1720); Agspring Idaho LLC (8754); FO-ND LLC, dba Firebrand Artisan Mills (1520); Agspring Logistics LLC, dba Agforce (6067); and Agspring Idaho 2 LLC (9262). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

([samuel.maizel@dentons.com](mailto:samuel.maizel@dentons.com)) and Tania M. Moyron ([tania.moyron@dentons.com](mailto:tania.moyron@dentons.com))) and

(b) Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801

(Attn: Laura Davis Jones ([ljones@pszjlaw.com)](mailto:ljones@pszjlaw.com)); and (ii) the Office of the United States Trustee for

the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn:

Benjamin A. Hackman ([benjamin.a.hackman@usdoj.gov](mailto:benjamin.a.hackman@usdoj.gov))).

**PLEASE TAKE FURTHER NOTICE** THAT, IF AN OBJECTION IS

PROPERLY FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, A

HEARING WILL BE HELD ON **AUGUST 18, 2023 AT 10:00 A.M. (EASTERN TIME)**

BEFORE THE HONORABLE CRAIG T. GOLBLATT, UNITED STATES BANKRUPTCY

JUDGE FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 3RD FLOOR,

COURTROOM NO. 7, WILMINGTON, DELAWARE 19801. ONLY OBJECTIONS MADE IN

WRITING AND TIMELY FILED WILL BE CONSIDERED BY THE BANKRUPTCY COURT

AT SUCH HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE

COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER

NOTICE OR HEARING.

Dated: July 28, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*

Laura Davis Jones (DE Bar No. 2436)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:  ljones@pszjlaw.com

-and-

**DENTONS US LLP**

Samuel R. Maizel
Tania M. Moyron
601 S. Figueroa Street, #2500
Los Angeles, CA  90017
Telephone:  (213) 623-9300
Email: samuel.maizel@dentons.com
             tania.moyron@dentons.com

*Proposed Counsel for Debtors and Debtors in Possession*