IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGSPRING, LLC, *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 23-10699 (CTG)<br>(Jointly Administered) |

**Objection Deadline: August 11, 2023 at 4:00 p.m. (ET)**
**Hearing Date: August 18, 2023 at 10:00 a.m. (ET)**

**NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER (A) AUTHORIZING THE MAINTENANCE AND CLOSURE OF CERTAIN BANK ACCOUNTS AND CONTINUED USE OF EXISTING CHECKS, (B) AUTHORIZING THE CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM, AND (C) GRANTING LIMITED RELIEF FROM THE REQUIREMENTS OF BANKRUPTCY CODE SECTION 345(B)**

    **PLEASE TAKE NOTICE** that on July 28, 2023, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Motion For Entry of an Order (A) Authorizing the Maintenance and Closure of Certain Bank Accounts and Continued Use of Existing Checks, (B) Authorizing the Continued Use of Existing Cash Management System, and (C) Granting Limited Relief from the Requirements of Bankruptcy Code Section 345(B)* with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

    **PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of an order with respect to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **August 11, 2023 at 4:00 p.m. prevailing Eastern Time**.

    **PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) proposed counsel to the Debtors, (a) Dentons US LLP,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring, LLC (7735); Agspring Idaho 1 LLC (1720); Agspring Idaho LLC (8754); FO-ND LLC, dba Firebrand Artisan Mills (1520); Agspring Logistics LLC, dba Agforce (6067); and Agspring Idaho 2 LLC (9262). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

601 S. Figueroa Street, #2500, Los Angeles, CA 90017 (Attn: Samuel Maizel (samuel.maizel@dentons.com) and Tania M. Moyron (tania.moyron@dentons.com)) and (b) Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801 (Attn: Laura Davis Jones (ljones@pszjlaw.com)); and (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Benjamin A. Hackman (benjamin.a.hackman@usdoj.gov)).

**PLEASE TAKE FURTHER NOTICE** THAT, IF AN OBJECTION IS PROPERLY FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, A HEARING WILL BE HELD ON **AUGUST 18, 2023 AT 10:00 A.M. (EASTERN TIME)** BEFORE THE HONORABLE CRAIG T. GOLBLATT, UNITED STATES BANKRUPTCY JUDGE FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801. ONLY OBJECTIONS MADE IN WRITING AND TIMELY FILED WILL BE CONSIDERED BY THE BANKRUPTCY COURT AT SUCH HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: July 28, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:  ljones@pszjlaw.com<br><br>-and-<br><br>**DENTONS US LLP**<br>Samuel R. Maizel<br>Tania M. Moyron<br>601 S. Figueroa Street, #2500<br>Los Angeles, CA  90017<br>Telephone:  (213) 623-9300<br>Email: samuel.maizel@dentons.com<br>         tania.moyron@dentons.com<br><br>*Proposed Counsel for Debtors and Debtors in Possession* |