## Exhibit 1

## Potential Parties in Interest

**Debtors**
Agspring Idaho 1, LLC
Agspring Idaho 2, LLC
Agspring Idaho, LLC
Fo-ND, LLC, d/b/a Firebrand Artisan Mills
Agspring Logistics, LLC. d/b/a Agforce

**Directors and Officers**
Gerry Tryoniuk
Eric Knight

**Secured Creditors/Noteholders**
LVS II SPE XVIII LLC
HVS V LLC

**Equity/Warrant Holders**
TOBI XXI LLC

**Top 20**
NGP X US Holdings L.P.
Iron Mountain
Spectrum Business
Business Wire
NetStandard
Shred-it/Stericycle
ConvergeOne