IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGSPRING, LLC, *et al.*,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 23-10699 (CTG)<br><br>Jointly Administered<br><br>**Related to Docket Nos. 25, 52** |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS'
MOTION TO RETAIN AND EMPLOY MERU, LLC
TO PROVIDE A CHIEF RESTRUCTURING OFFICER AND
ADDITIONAL PERSONNEL AS OF THE PETITION DATE**

The undersigned hereby certifies that:

1. On June 30, 2023, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Motion to Retain and Employ Meru, LLC to Provide a Chief Restructuring Officer and Additional Personnel as of the Petition Date* [Docket No. 25] (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. Pursuant to the Notice [Docket No. 52] of the Application, responses were due to be filed on, or prior to, August 11, 2023 at 4:00 p.m. (ET). The Debtors received informal comments to the Application from the Office of the United States Trustee (the "UST"). The undersigned certifies that the Bankruptcy Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Application appears thereon.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring, LLC (7735); Agspring Idaho 1 LLC (1720); Agspring Idaho LLC (8754); FO-ND LLC, dba Firebrand Artisan Mills (1520); Agspring Logistics LLC, dba Agforce (6067); and Agspring Idaho 2 LLC (9262). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

3. A revised form of order (the "Proposed Order") resolving the UST's comments is attached hereto as **Exhibit 1**. A blackline comparison of the Proposed Order against the form of order filed with the Application is attached hereto as **Exhibit 2**. The UST does not object to entry of the order.

4. Accordingly, the Debtors respectfully request entry of the Proposed Order at the Bankruptcy Court's convenience.

Dated: August 14, 2023                **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com

-and –

**DENTONS US LLP**

Samuel R. Maizel (Admitted *Pro Hac Vice*)
Tania M. Moyron (Admitted *Pro Hac Vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone:  (213) 623-9300
Email:  samuel.maizel@dentons.com
         tania.moyron@dentons.com

*Proposed Counsel for Debtors and Debtors in Possession*