# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGSPRING, LLC, *et al.*,[1] | Case No. 23-10699 (CTG) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 53** |

## CERTIFICATION OF COUNSEL REGARDING APPLICATION PURSUANT TO SECTION 327(A) OF THE BANKRUPTCY CODE, RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL RULE 2014-1 FOR AUTHORIZATION TO EMPLOY AND RETAIN DENTONS US LLP AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF THE <u>PETITION DATE</u>

The undersigned hereby certifies that:

1. On July 28, 2023, the above-captioned debtors and debtors in possession (the "<u>Debtors</u>") filed the *Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Dentons US LLP as Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date* [Docket No. 53] (the "<u>Application</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").

2. Pursuant to the notice of the Application, responses were due to be filed on, or prior to, August 11, 2023 at 4:00 p.m. (ET) (the "<u>Objection Deadline</u>"). The Objection Deadline was extended to September 27, 2023 for the Office of the United States Trustee (the "<u>UST</u>").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring, LLC (7735); Agspring Idaho 1 LLC (1720); Agspring Idaho LLC (8754); FO-ND LLC, dba Firebrand Artisan Mills (1520); Agspring Logistics LLC, dba Agforce (6067); and Agspring Idaho 2 LLC (9262). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

3.  The undersigned certifies that the Bankruptcy Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Application appears thereon. The Debtors received informal comments to the Application from the UST.

4.  A revised form of order (the "<u>Proposed Order</u>") resolving the UST's comments is attached hereto as **<u>Exhibit A</u>**. A blackline comparison of the Proposed Order against the form of order filed with the Application is attached hereto as **<u>Exhibit B</u>**. The UST does not object to entry of the Proposed Order.

5.  Accordingly, the Debtors respectfully request entry of the Proposed Order at the Bankruptcy Court's convenience.

Dated: September 29, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

<u>/s/ Laura Davis Jones</u>
Laura Davis Jones (DE Bar No. 2436)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  ljones@pszjlaw.com

-and -

**DENTONS US LLP**

Samuel R. Maizel (*Pro Hac Vice* Pending)
Tania M. Moyron (*Pro Hac Vice* Pending)
601 S. Figueroa Street, #2500
Los Angeles, CA  90017
Telephone:  (213) 623-9300
Email:   samuel.maizel@dentons.com
            tania.moyron@dentons.com

*Proposed Counsel for Debtors and Debtors in Possession*