IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGSPRING, LLC, *et al.*,[1]<br><br>                        Debtors. | Chapter 11<br><br>Case No. 23-10699 (CTG)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 4, 2023 AT 3:00 P.M. (EASTERN TIME), BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

**AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELED WITH THE COURT'S PERMISSION**

**RESOLVED MATTER**

1. **Dentons Retention Application** – Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Dentons US LLP as Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date [Filed: 7/28/23] (Docket No. 53).

    Response Deadline:  August 11, 2023 at 4:00 p.m. Eastern Time. Extended to September 27, 2023 for the Office of the United States Trustee (the "UST").

    Responses Received:  Informal comments from the UST.

    Related Documents:

    a) Certification of Counsel Regarding Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Dentons US LLP as Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date [Filed: 9/29/23] (Docket No. 99).

    b) [Signed] Order Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 Authorizing

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring, LLC (7735); Agspring Idaho 1 LLC (1720); Agspring Idaho LLC (8754); FO-ND LLC, dba Firebrand Artisan Mills (1520); Agspring Logistics LLC, dba Agforce (6067); and Agspring Idaho 2 LLC (9262). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

the Employment and Retention of Dentons US LLP as Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date [Filed: 10/2/23] (Docket No. 100).

Status:  The order has been entered.

Dated: October 2, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email:  ljones@pszjlaw.com

-and-

**DENTONS US LLP**
Samuel R. Maizel
Tania M. Moyron
601 S. Figueroa Street, #2500
Los Angeles, CA  90017
Telephone:  (213) 623-9300
Email:  samuel.maizel@dentons.com
           tania.moyron@dentons.com

*Proposed Counsel for Debtors and Debtors in Possession*