# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AGSPRING, LLC, *et al.*, [1]<br><br>   Debtors. | Chapter 11<br><br>Case No. 23-10699 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 97** |

## ORDER EXTENDING DEBTORS' EXCLUSIVE PERIODS TO
## FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the entry of an order extending the periods established in sections 1121(c)(2) and 1121(c)(3) of the Bankruptcy Code, within which only the Debtors may file a plan and solicit acceptances of their plan (the "Exclusivity Periods"); and it appearing that the relief requested by the Motion is in the best interest of Debtors' estates, their creditors and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these proceedings and the Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and adequate notice of the Motion having been given under the circumstances and no further notice need be given; and after due deliberation and cause appearing therefor;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring, LLC (7735); Agspring Idaho 1 LLC (1720); Agspring Idaho LLC (8754); FO-ND LLC, dba Firebrand Artisan Mills (1520); Agspring Logistics LLC, dba Agforce (6067); and Agspring Idaho 2 LLC (9262). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

[2] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to sections 1121(c)(2) and 1121(d) of the Bankruptcy Code, no party, other than Debtors, may file any plan during the period from the date hereof through and including January 26, 2024.

3. Pursuant to sections 1121(c)(3) and 1121(d) of the Bankruptcy Code, no party, other than Debtors, may solicit votes to accept a proposed plan filed with this Court from the date hereof through and including March 26, 2024.

4. The extension of the Exclusivity Periods shall be without prejudice to the Debtors' right to request further such extensions.

5. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: October 17th, 2023
Wilmington, Delaware

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**