# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGSPRING, LLC, *et al.*,[1] | Case No. 23-10699 (CTG) |
| Debtors. | Jointly Administered |
| | Re: Docket No. 118 |

## CERTIFICATE OF SERVICE

I, Laura Davis Jones, hereby certify that I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated on the 30th day of November, 2023:

> *Order: (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment under Section 503(b)(9) of the Bankruptcy Code; (II) Setting a Bar Date for the Filing of Proofs of Claim by Governmental Units; (III) Setting a Bar Date for the Filing of Requests for Allowance of Administrative Expense Claims; (IV) Establishing an Amended Schedules Bar Date and a Rejection Damages Bar Date; (V) Approving the Form of and Manner for Filing Proofs of Claim; (VI) Approving a Notice of Bar Dates; and (VII) Granting Related Relief (Docket No. 118)*

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring, LLC (7735); Agspring Idaho 1 LLC (1720); Agspring Idaho LLC (8754); FO-ND LLC, dba Firebrand Artisan Mills (1520); Agspring Logistics LLC, dba Agforce (6067); and Agspring Idaho 2 LLC (9262). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

DE:4868-1275-8926.2 01213.002

Agspring, LLC 2002 Service List
FCM/Email
Case No. 23-10699-CTG
Document No. 243284
07 – First Class Mail
23 – Electronic Mail

*(Counsel to the Debtors)*
Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Mary F. Caloway, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
**Email: ljones@pszjlaw.com;
tcairns@pszjlaw.com;
mcaloway@pszjlaw.com**

*FIRST CLASS MAIL*
(Debtor)
Agspring, LLC
5101 College Boulevard
Leawood, KS 66211

*FIRST CLASS MAIL*
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
2970 Market Street (Zip 19104)
Mail Stop 5-Q30.133
Philadelphia, PA 19101

*FIRST CLASS MAIL*
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

*FIRST CLASS MAIL*
*(Top Creditor)*
Spectrum Business
4145 S Falkenburg Road
Riverview, FL 33578-8652

*FIRST CLASS MAIL*
*(Top Creditor)*
NetStandard
P.O. Box 729
Wichita, KS 67201

*FIRST CLASS MAIL*
*(Top Creditor)*
ConvergeOne
10900 Nesbitt Avenue South
Bloomington, MN 55437

*FIRST CLASS MAIL*
*(Lenders)*
LVS II SPE XVIII LLC, HVS V LLC,
TOBI XXI, LLC
U.S. Bank National Association
214 N. Tryon Street, 27th Floor
Charlotte, NC 28202

*ELECTRONIC MAIL*
*(US Trustee)*
Benjamin A. Hackman, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building, Suite 2207
844 King Street
Lockbox 35
Wilmington, DE 19801
**Email: benjamin.a.hackman@usdoj.gov**

*ELECTRONIC MAIL*
*(Counsel to the Debtors)*
Samuel R. Maizel, Esq.
Tania M. Moyron, Esq.
Dentons US LLP
601 S. Figueroa Street #2500
Los Angeles, CA 90017
**Email: samuel.maizel@dentons.com;
tania.moyron@dentons.com**

***ELECTRONIC MAIL***
(State Attorney General)
Kathy Jennings, Esquire
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE  19801
**Email:  attorney.general@delaware.gov**

***ELECTRONIC MAIL***
Attn: Christina Rojas
Bankruptcy Administrator
Delaware Division of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE  19801
**Email:  FASNotify@delaware.gov**

***ELECTRONIC MAIL***
(United States Attorney)
David C. Weiss
c/o Ellen Slights
US Attorney's Office
District of Delaware
Hercules Building, Suite 400
1313 N. Market Street, Suite 400
Wilmington, DE  19801
**Email:  usade.ecfbankruptcy@usdoj.gov**

***ELECTRONIC MAIL***
(United States Attorney General)
Merrick B. Garland, Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Room 4400
Washington, DC  20530-0001
**Email:  askdoj@usdoj.gov**

***ELECTRONIC MAIL***
State of Delaware
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
PO Box 898 (Zip 19903)
Dover, DE  19901
**Email:  DOSDOC_Bankruptcy@state.de.us**

***ELECTRONIC MAIL***
Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904
**Email:  statetreasurer@state.de.us**

***ELECTRONIC MAIL***
Securities & Exchange Commission
100 F Street, NE
Washington, DC  20554
**Email:  SECBankruptcy-OGC-ADO@SEC.GOV**

***ELECTRONIC MAIL***
Sharon Binger, Regional Director
Philadelphia Regional Office
Securities & Exchange Commission
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA  19103
**Email:  philadelphia@sec.gov**

***ELECTRONIC MAIL***
Richard Best, Regional Director
New York Regional Office
Securities & Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY  10004-2616
**Email:  bankruptcynoticeschr@sec.gov; NYROBankruptcy@SEC.GOV**

***ELECTRONIC MAIL***
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC  20005
**Email:  efile@pbgc.gov**

***ELECTRONIC MAIL***
*(Top Creditor)*
LVS II SPE XVIII LLC
HVS V LLC
Attn: James Hanley, CDO Trust Services
U.S. Bank National Association
214 N. Tryon Street, 27th Floor
Charlotte, NC 28202
**Email:  agency.services@usbank.com; james.hanley1@usbank.com**

***ELECTRONIC MAIL***
*(Top Creditor)*
NGP X US Holdings L.P.
Attn: Jeffrey A. Zlotky
5221 N. O'Connor Blvd.
Suite 1100
Irving, TX 75039
**Email: jzlotky@ngptrs.com**

***ELECTRONIC MAIL***
*(Top Creditor)*
Iron Mountain
P.O. Box 27128
New York, NY 10087
**Email: Askcustomerservice@ironmountain.com**

***ELECTRONIC MAIL***
*(Top Creditor)*
Business Wire
P.O. Box 884182
Los Angeles, CA 90088
**Email:  media@businesswire.com**

***ELECTRONIC MAIL***
*(Top Creditor)*
Shred-it/Stericycle
28883 Network Place
Chicago, IL 60673
**Email:  customercare@stericycle.com**