# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGSPRING, LLC, *et al.*,[1] | Case No. 23-10699 (CTG) |
| Debtors. | Jointly Administered |
| | Re: Docket No. 120 |

## CERTIFICATE OF SERVICE

I, Laura Davis Jones, hereby certify I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated on the 30th day of November, 2023:

> *Notice Of Deadlines For The Filing Of: (I) Proofs Of Claim, Including Requests For Payment Pursuant To Section 503(B)(9) Of The Bankruptcy Code; (II) Administrative Claims; And (III) Rejection Damages Claims (Docket No. 120)*

          */s/ Laura Davis Jones*
          Laura Davis Jones (DE Bar No. 2436)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring, LLC (7735); Agspring Idaho 1 LLC (1720); Agspring Idaho LLC (8754); FO-ND LLC, dba Firebrand Artisan Mills (1520); Agspring Logistics LLC, dba Agforce (6067); and Agspring Idaho 2 LLC (9262). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

Agspring II – Creditor Matrix
Case No. 23-10699 (CTG)
Doc. No. 243394
71 – First Class Mail

**First Class Mail**
Accident Fund Insurance Company of America
200 N Grand Avenue
Lansing, MI  48901-7990

**First Class Mail**
All Copy Products, Inc.
7920 Marshall Drive
Lenexa, KS  66214

**First Class Mail**
AIM c/o The American Infrastructure MLP Fund II, L.P.
Attn: Brian Barlow/Matt Garibaldi
950 Tower Lane, Suite 800
Foster City, CA  94404

**First Class Mail**
AIM c/o Latham & Watkins LLP
Attn: William N. Finnegan IV
811 Main Street, Suite 3700
Houston, TX  77002

**First Class Mail**
Bank of America NC1-030-22-02
Bank of America Tower
620 S. Tyron
Charlotte, NC  28255

**First Class Mail**
Bill Ireland Security
Attn: Legal
15227 Broadmoor Street
Overland Park, KS  66223

**First Class Mail**
Blue Cross Blue Shield of Kansas City
2301 Main Street
Kansas City, MO  64108

**First Class Mail**
Boan, Connealy & Houlehan LLC
Attn: Melissa Stephens, CPA
13220 Metcalf Avenue, Suite 100
Overland Park, KS  66213

**First Class Mail**
Bradley K. Clark
20201 Estero Gardens Cir, Unit 207
Estero, FL  33928-3451

**First Class Mail**
Bryan Cave LLP
Attn: James P. Pryde
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO  64105

**First Class Mail**
Business Wire
P.O. Box 884182
Los Angeles, CA  90088

**First Class Mail**
CBIZ MHM, LLC
Attn: Jeffrey Fox
700 W. 47th Street, Suite 1100
Kansas City, MO  64112

**First Class Mail**
Chris Stratton
2023 Walnut Green Drive
Houston, TX  77062

**First Class Mail**
Cogency Global Inc.
122 E. 42nd Street, 18th Floor
New York, NY  10168

**First Class Mail**
ConvergeOne, Inc.
5940 Golden Hills Drive
Minneapolis, MN  55416

**First Class Mail**
Crestwood Associates LLC
1501 E. Woodfield Road, Suite 113
East Schaumburg, IL  60173-4945

**First Class Mail**
Delta Dental of Kansas
11300 Tomahawk Creek Parkway, Suite 350
Leawood, KS  66211

**First Class Mail**
DDW Consulting, LLC
Attn: Deborah Wangerin
1417 Jeanne Ct.
Leavenworth, KS  66048

**First Class Mail**
Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE  19904

**First Class Mail**
DTN, LLC
18205 Capitol Avenue, Suite 100
Omaha, NE  68022

**First Class Mail**
Dustin Clevenger
9123 W. 157th Terrace
Overland Park, KS  66221

**First Class Mail**
IMA, Inc.
Attn: Kenneth Hallacy
430 E. Douglas Avenue
Wichita, KS  67202

**First Class Mail**
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

**First Class Mail**
IPFS Corporation
1055 Broadway, 11th Floor
Kansas City, MO  64105

**First Class Mail**
Iron Mountain
P.O. Box 27128
New York, NY  10087

**First Class Mail**
SS&C Intralinks, Inc.
622 3rd Avenue
New York, NY  10017

**First Class Mail**
Lathrop GPM LLC
Attn: Kurt Williams
500 IDS Center
80 S. 8th Street
Minneapolis, MN  55402

**First Class Mail**
Maslon LLP
3300 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN  55402

**First Class Mail**
MERU, LLC
Attn: Kyle Sturgeon
1372 Peachtree Street, N.E.
Atlanta, GA  30309

**First Class Mail**
METLIFE
4150 N. Mulberry Drive
Kansas City, MO  64116

**First Class Mail**
Netstandard
P.O. Box 729
Wichita, KS  67201

**First Class Mail**
New Direction Behavioral Health
6100 Spring Parkway, Suite 200
Overland Park, KS  66211

**First Class Mail**
NGP X US Holdings L.P.
c/o Vinson & Elkins LLP
Attn: W. Matthew Strock
1001 Fannin Street, Suite 2500
Houston, TX  7700

**First Class Mail**
NGP X US Holdings L.P.
c/o Young Conaway Stargatt & Taylor, LLP
Attn: James M. Yoch, Jr.
Rodney Square
1000 N. King Street
Wilmington, DE  19801

**First Class Mail**
NGP X US Holdings L.P.
c/o Prickett, Jones & Elliott P.A.
Attn: Corinne Elise Amato/Eric J. Juray
1310 N. King Street
Wilmington, DE  19801

**First Class Mail**
Piper Sandler & Co.
800 Nicollet Mall, Suite 900
Minneapolis, MN  55402

**First Class Mail**
Pitney Bowes Global Financial Services
2225 American Drive
Neenah, WI  54956

**First Class Mail**
Pitney Bowes Purchase Power
2225 American Drive
Neenah, WI  54956

**First Class Mail**
Randal Linville
4207 W. 113th Street
Leawood, KS  66211

**First Class Mail**
Secretary of State
Division of Corporations Franchise Tax
P.O. Box 898
Dover, DE  19903

**First Class Mail**
Securian
2701 University Avenue SE
Minneapolis, MN  55414

**First Class Mail**
Securities & Exchange Commission
100 F Street, NE
Washington, DC  20549

**First Class Mail**
Securities and Exchange Commission
Antonia M. Apps, Regional Director
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY  10004-2616

**First Class Mail**
Seward & Kissel LLP
One Battery Park Plaza
New York, NY  10004

**First Class Mail**
Spectrum Business
4145 S. Falkenburg Road
Riverview, FL  33578-8652

**First Class Mail**
Standard Insurance
1100 SW 6th Avenue, Suite 711
Portland, OR  97214

**First Class Mail**
Staples Advantage
500 Staples Drive
Framingham, MA  01702

**First Class Mail**
Shredit/Stericycle, Inc.
28883 Network Place
Chicago, IL  60673

**First Class Mail**
Surency
1619 N. Waterfront Pkwy
Wichita, KS  67206

**First Class Mail**
Tim Lefman
6821 NW Monticello Ct
Parkville, MO  64152

**First Class Mail**
UMB Bank, N.A.
1010 Grand Blvd.
Kansas City, MO  64106

**First Class Mail**
UPS
4376 N. State Road 59
Brazil, IN  47834

**First Class Mail**
US Bank
800 Nicollet Mall
Minneapolis, MN  55402

**First Class Mail**
LVS II SPE XVIII LLC, HVS V LLC, TOBI XXI, LLC
U.S. Bank National Association
214 N. Tryon Street, 27th Floor
Charlotte, NC  28202

**First Class Mail**
Waterlogic
3175 Bass Pro Drive
Grapevine, TX  76051

**First Class Mail**
Wells Fargo Vendor Financial
1010 Thomas Edison Blvd., SW
Cedar Rapids, IA  52404

**First Class Mail**
Zurich American Insurance Company
PO Box 68549
Schaumburg, IL  60196

**First Class Mail**
(Agent for the Creditor)
Carlota Esmedilla
RMS (an iQor Comnpany)
PO Box 19253
Minneapolis, MN  55419

**First Class Mail**
Michael A. James
Revenue Officer/Advisor
Internal Revenue Service
1352 Marrows Road, Ste 204
Newark, DE  19711-5445

**First Class Mail**
(Sr. AR Specialist)
Nancy L. Halcom
Uline
12575 Uline Drive
Pleasant Prairie, WI  53158

**First Class Mail**
The Arthur Companies, Inc.
429 Main Street
Arthur, MD  58006

**First Class Mail**
(Independent Contractor)
Bruce Chapin
5101 College Boulevard
Leawood, KS  66211

**First Class Mail**
(Independent Contractor)
Jennifer Mick
5101 College Boulevard
Leawood, KS  66211

**First Class Mail**
Agspring Holdco, LLC
5101 College Boulevard
Leawood, KS  66211

**First Class Mail**
VAR Resources, LLC
2330 Interstate 30
Mesquite, TX  75150

**First Class Mail**
NGP X US Holdings L.P.
5221 N. O'Connor Blvd, Suite 1100
Irving, TX  75039

**First Class Mail**
(Meraki Software License Maintenance Solutions)
ConvergeOne
10900 Nesbitt Ave South
Bloomington, MN  55437

**First Class Mail**
(Microsoft License NCE Conversion Software)
ConvergeOne
10900 Nesbitt Ave South
Bloomington, MN  55437

**First Class Mail**
Raul Labrador, Idaho Attorney General
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720-1000

**First Class Mail**
Kris Kobach
Kansas Attorney General
120 S.W. 10th Ave., 2nd Fl.
Topeka, KS 66612-1597

**First Class Mail**
Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Agspring, LLC 2002 Service List FCM
Case No. 23-10699-CTG
Document No. 4858-2515-1380
24 – First Class Mail

*(Counsel to the Debtors)*
Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Mary F. Caloway, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)

*FIRST CLASS MAIL*
(Debtor)
Agspring, LLC
5101 College Boulevard
Leawood, KS  66211

*FIRST CLASS MAIL*
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
2970 Market Street (Zip 19104)
Mail Stop 5-Q30.133
Philadelphia, PA  19101

*FIRST CLASS MAIL*
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC  20220

*FIRST CLASS MAIL*
*(Top Creditor)*
Spectrum Business
4145 S Falkenburg Road
Riverview, FL 33578-8652

*FIRST CLASS MAIL*
*(Top Creditor)*
NetStandard
P.O. Box 729
Wichita, KS 67201

*FIRST CLASS MAIL*
*(Top Creditor)*
ConvergeOne
10900 Nesbitt Avenue South
Bloomington, MN  55437

*FIRST CLASS MAIL*
*(Lenders)*
LVS II SPE XVIII LLC, HVS V LLC, TOBI XXI, LLC
U.S. Bank National Association
214 N. Tryon Street, 27th Floor
Charlotte, NC  28202

*FIRST CLASS MAIL*
*(US Trustee)*
Benjamin A. Hackman, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building, Suite 2207
844 King Street
Lockbox 35
Wilmington, DE  19801

*FIRST CLASS MAIL*
*(Counsel to the Debtors)*
Samuel R. Maizel, Esq.
Tania M. Moyron, Esq.
Dentons US LLP
601 S. Figueroa Street #2500
Los Angeles, CA 90017

*FIRST CLASS MAIL*
*(State Attorney General)*
Kathy Jennings, Esquire
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE  19801

DOCS_DE:243284.1 01213/002

DE:4858-2515-1380.1 01213.001

*FIRST CLASS MAIL*
Attn: Christina Rojas
Bankruptcy Administrator
Delaware Division of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE  19801

*FIRST CLASS MAIL*
(United States Attorney)
David C. Weiss
c/o Ellen Slights
US Attorney's Office
District of Delaware
Hercules Building, Suite 400
1313 N. Market Street, Suite 400
Wilmington, DE  19801

*FIRST CLASS MAIL*
(United States Attorney General)
Merrick B. Garland, Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Room 4400
Washington, DC  20530-0001

*FIRST CLASS MAIL*
State of Delaware
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
PO Box 898 (Zip 19903)
Dover, DE  19901

*FIRST CLASS MAIL*
Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904

*FIRST CLASS MAIL*
Securities & Exchange Commission
100 F Street, NE
Washington, DC  20554

*FIRST CLASS MAIL*
Sharon Binger, Regional Director
Philadelphia Regional Office
Securities & Exchange Commission
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA  19103

*FIRST CLASS MAIL*
Richard Best, Regional Director
New York Regional Office
Securities & Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY  10004-2616

*FIRST CLASS MAIL*
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC  20005

*FIRST CLASS MAIL*
*(Top Creditor)*
LVS II SPE XVIII LLC
HVS V LLC
Attn: James Hanley, CDO Trust Services
U.S. Bank National Association
214 N. Tryon Street, 27th Floor
Charlotte, NC 28202

*FIRST CLASS MAIL*
*(Top Creditor)*
NGP X US Holdings L.P.
Attn: Jeffrey A. Zlotky
5221 N. O'Connor Blvd.
Suite 1100
Irving, TX 75039

*FIRST CLASS MAIL*
*(Top Creditor)*
Iron Mountain
P.O. Box 27128
New York, NY 10087

*FIRST CLASS MAIL*
*(Top Creditor)*
Business Wire
P.O. Box 884182
Los Angeles, CA 90088

*FIRST CLASS MAIL*
*(Top Creditor)*
Shred-it/Stericycle
28883 Network Place
Chicago, IL 60673