IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AGSPRING, LLC, *et al.*,[1] | ) | Case No. 23-10699 (CTG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Re: Docket No. 129 |

## ORDER GRANTING
## FIRST INTERIM APPLICATION FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## OF PACHULSKI STANG ZIEHL & JONES LLP, AS
## CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION
## FOR THE PERIOD FROM MAY 31, 2023 THROUGH AUGUST 31, 2023

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as co-counsel for the Debtors and Debtors in Possession (the "Debtors") in the above-captioned cases, filed its First Interim Fee Application for Compensation and for Reimbursement of Expenses for the Period from May 31, 2023 through August 31, 2023 (the "First Interim Fee Application").  The Court has reviewed the First Interim Fee Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First Interim Fee Application, and any hearing on the First Interim Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Interim Fee Application.  Accordingly, it is hereby

ORDERED that the First Interim Fee Application is GRANTED, on an interim basis.  PSZJ is allowed on an interim basis compensation in the amount of $137,026.00 and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring, LLC (7735); Agspring Idaho 1 LLC (1720); Agspring Idaho LLC (8754); FO-ND LLC, dba Firebrand Artisan Mills (1520); Agspring Logistics LLC, dba Agforce (6067); and Agspring Idaho 2 LLC (9262). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

actual and necessary expenses in the amount of $1,212.34 for a total interim allowance of $138,238.34 for the period May 31, 2023 through August 31, 2023.  The Debtors in the above cases shall pay to PSZ&J the sum of $137,026.00 as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $1,212.34 for a total of $138,238.34 for services rendered and disbursements incurred by PSZ&J for the period May 31, 2023 through August 31, 2023.

    ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: January 26th, 2024**
**Wilmington, Delaware**

        **CRAIG T. GOLDBLATT**
        **UNITED STATES BANKRUPTCY JUDGE**