**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AGSPRING, LLC, *et al.,*[4]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10699 (CTG)<br>(Jointly Administered)<br>**Ref Docket No. 349** |

**ORDER EXTENDING DEADLINE TO OBJECT TO CLAIMS**

Upon consideration of the *Plan Administrator's Motion to Extend Deadline to Object to Claims* (the "Motion")[5] filed by Kyle Sturgeon, as Plan Administrator (the "Plan Administrator") under the confirmed *Second Amended Combined Disclosure Statement and Joint Plan of Liquidation of Agspring, LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code*, seeking entry of an order (this "Order"): (a) extending the Claims Objection Deadline, without prejudice to the as Plan Administrator's right to request further extensions of the Claims Objection Deadline; and (b) granting related relief, all as more fully set forth in the Motion; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that it may enter a final

[4] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Agspring, LLC (7735); Agspring Idaho 1 LLC (1720); Agspring Idaho LLC (8754); FO-ND LLC, dba Firebrand Artisan Mills (1520); Agspring Logistics LLC, dba Agforce (6067); and Agspring Idaho 2 LLC (9262). The Debtors' mailing address is 5101 College Boulevard, Leawood, KS 66211.

[5] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, creditors, and other parties in interest; and the Court having found that the Plan Administrator's notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and the Court having reviewed the Motion and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The time period to file and serve objections to claims in the Chapter 11 Cases (the "Claims Objection Deadline") is extended through and including December 31, 2025, without prejudice to the Plan Administrator's right to request further extensions.

3. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

4. The Plan Administrator and the Post-Effective Date Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: October 6th, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**



DE:4927-0918-9226.1 01213.002